LOWER MAIN STREET ASSOCIATES v. NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY.

October 13, 1987.

Petition for certification granted. (See 219 *N.J.Super.* 263).

LOWER MAIN STREET ASSOCIATES v. NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY.

October 13, 1987.

Cross-petition for certification granted. (See 219 *N.J.Super.* 263).

STATE OF NEW JERSEY v. TERRELL FARMER.

October 13, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MANUEL CAESAR ALLEN.

October 13, 1987.

Petition for certification denied.